No. 10-10480. **James Dunn, Petitioner v. United States.**

565 U.S. 838, 132 S. Ct. 146, 181 L. Ed. 2d 63, 2011 U.S. LEXIS 5901.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 394 U.S. App. D.C. 134, 631 F.3d 1291.